UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**PATRICIA KENNEDY**,

      Plaintiff,

v.                                                            Case No: 8:18-cv-555-EAK-TGW

**CRESTWOOD SUITES OF LAKELAND, LLC.,**

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, Patricia Kennedy, hereby advises the Court that this case has been settled. The parties request twenty (20) days within which to file the documentation concluding this case.

**I HEREBY CERTIFY** that, on May, 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

      .

/*s/Philip Michael Cullen, III*,
Thomas B. Bacon, P.A.
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
e-mail: cullen@thomasbaconlaw.com